DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY BECKFORD** and **JOYCE BECKFORD,**
Appellants,

v.

**SARALYN NEMSER, P.A.,** et al.,
Appellees.

No. 4D2022-2730

[March 21, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE14-8924.

Claudio R. Cedrez Pellegrino, Miami, for appellants.

Holiday Hunt Russell of Holiday Hunt Russell PLLC, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***